R/1

United States District
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 AUG -5 P 12:01
STEPHEN C. DRIES
CLERK

Rodosvaldo C. Pozo,
Pt.,

Vs.

Case No. 18-cv-1486

Sheriff Dale J. Schmidt,
Chaplain Timothy Bauer,
Defs.

{ Motion oppossing Summary Judgment }

Now comes, the plaintiff, hereinafter Mr. Pozo and moves the court, to deny the Defendants' motion for Summary Judgment and to grant the plaintiff's motion.

1. Mr. Pozo was taken into custody by the (ICE's) Immigration authority April 5th 2018.

2. Upon arrival Mr. Pozo was asked what religion is was belong to.

3. Mr. Pozo told Sheriff Dale and Chaplain Bauer, that he was a sincere and peaceful muslim.

4. Mr. Pozo requested a Holy Qur'an and Jummah's services under the Holy Book (i.e., the Glorious Qur'an Surah (Chapter) 62, haya (versal 9).

5. The request was made verbally upon arrival to all the Defendants.

6. The Defendants did not provided the Religious materials, nor any Jummah services at all.

7. Mr. Pozo then filed a complain with the Detention authorities aprox. June 08, 2018.

8. Before Mr. Pozo file his appeal, the Defendants sent him a Holy Qur'an. See, ex. #3.

9. It was too late because the Christians and Cathotics Detaynees were provided Holy Bibles and were given 3 times per week Religious services, by Chaplain Bauer and Sheriff Dale Schmidt was very aware of those Religious services.

10. Mr. Pozo also filed an Imate request with the Detention and with Immigration's authorities. See Ex. #1. See too, Ex. #2.

Case 2:18-cv-01486-WED   Filed 10/10/19   Page 2 of 4   Document 42

11. Mr. Pozo filed his grievance at time and the Defendants answered late but provided a free Holy Qura'n. See ex. #3. It no needs to appeal once the Qura'n was provided to Mr. Pozo Id. Ex. #3.

12. Besides, a Detainee does not need to go through the OCOF's prosess at all, but Mr. Pozo did anyway.

13. The exhaustion requirement does not apply to detainees in INS facilities. See, e.g., Edwards vs. Johnson 209 f.3d 772 (5th Cir. 2000).

14. In April 05, 2018, when Mr. Pozo arrived he asked Mr. Schmidt and Chaplain Bauer's for a Holy Qura'n and for Muslim's services, to no avail.

15. The Jummeh's service every friday is mandatory by our Holy Religion. See, Chapter 62, Verse 9?; Plus the month of Ramadan as well. Defendants such as Mr. Bauer and Mr. Schmidt Denied Mr. Pozo those Religious services and provided Religious services to the Christian and to the Catholics Detainees, every week.

16. Mr. Pozo spoke with chaplain Mr. Bauer about his Quran, the Ramadam and the Jummah's services.

17. Chaplain Bauer to me:

   a) Jummah service is not allowed;

   b) The Ramadam's we will let you know

   c) The Holy Quran, you need to buy your own.

18. I was under the ICE's (fed) detention and Christians and Colbotics were receiving the Holy Bibles and weekly religious services, provided by chaplain Bauer, inter alias.

19. Mr. Bauer was not working every weeking for free. He was not working volunteer at all. He provided Mr. Pozo with his woring card. see e.g., ex.#15.

For those legal reasons, their motion should be Denied.

Signed: R Pozo
Dated: Oct. 2nd 2019